```
LAURENCE S. ZAKSON (CSB 119435),
WILLIAM Y. SHEH (CSB 221275), and
AARON G. LAWRENCE (CSB 258813), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: laurencez@rac-law.com; williams@rac-law.com;
         aaronl@rac-law.com

Attorneys for Plaintiff Engineers & Architects
      Association f/k/a Engineers & Architects
      Association, AFT Local No. 6455
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ENGINEERS & ARCHITECTS ASSOCIATION, AMERICAN FEDERATION OF TEACHERS LOCAL NO. 6455,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. CV-12-01659-R (PLAx)<br><br>HONORABLE MANUEL L. REAL<br><br>ORDER RE DISMISSAL |

PURSUANT TO THE STIPULATIONS BETWEEN the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. The complaint filed by Plaintiff, ENGINEERS & ARCHITECTS ASSOCIATION, f/k/a ENGINEERS & ARCHITECTS ASSOCIATION, AMERICAN FEDERATION OF TEACHERS LOCAL NO. 6455, ("EAA") is dismissed with prejudice with respect to claims made on behalf of employee

-1-

representation units 1 ("Administrative Unit"), 19 ("Supervisory Technical Unit"), 20 ("Supervisory Administrative Unit"), and 21 ("Technical Rank and File Unit"), with each party to bear its own costs and attorneys fees.

2. The complaint filed by EAA is dismissed without prejudice with respect to claims made on behalf of employee representation unit 31 ("Confidential Attorneys Unit"), with each party to bear its own costs and attorneys fees. This dismissal is not an adjudication on the merits and this Order shall not preclude the filing of a new complaint on behalf of the Confidential Attorneys Unit.

DATED: June 27, 2012

_____
MANUEL L. REAL, Judge of the
UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA