LAURENCE S. ZAKSON (CSB 119435),
WILLIAM Y. SHEH (CSB 221275), and
AARON G. LAWRENCE (CSB 258813), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: laurencez@rac-law.com; williams@rac-law.com;
         aaronl@rac-law.com

Attorneys for Plaintiff Engineers & Architects
     Association f/k/a Engineers & Architects
     Association, AFT Local No. 6455

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ENGINEERS & ARCHITECTS ASSOCIATION, AMERICAN FEDERATION OF TEACHERS LOCAL NO. 6455,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES,<br><br>        Defendant. | CASE NO. CV-12-01659-R (PLAx)<br><br>HONORABLE MANUEL L. REAL<br><br>ORDER RE DISMISSAL |

        PURSUANT TO THE STIPULATIONS BETWEEN the parties and good

cause appearing therefor:

        IT IS HEREBY ORDERED that:

        1.    The complaint filed by Plaintiff, ENGINEERS & ARCHITECTS

ASSOCIATION, f/k/a ENGINEERS & ARCHITECTS ASSOCIATION, AMERICAN

FEDERATION OF TEACHERS LOCAL NO. 6455, ("EAA") is dismissed with

prejudice with respect to claims made on behalf of employee

1 representation units 1 ("Administrative Unit"), 19 ("Supervisory

2 Technical Unit"), 20 ("Supervisory Administrative Unit"), and 21

3 ("Technical Rank and File Unit"), with each party to bear its own

4 costs and attorneys fees.

5     2.   The complaint filed by EAA is dismissed without

6 prejudice with respect to claims made on behalf of employee

7 representation unit 31 ("Confidential Attorneys Unit"), with each

8 party to bear its own costs and attorneys fees.  This dismissal is

9 not an adjudication on the merits and this Order shall not

10 preclude the filing of a new complaint on behalf of the

11 Confidential Attorneys Unit.

12

13 DATED: June 27, 2012

14                      MANUEL L. REAL, Judge of the
UNITED STATES DISTRICT COURT FOR

15                      THE CENTRAL DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

#201252 v3 - Proposed Order re Dismissal.wpd